UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **TYRONE LOFTEN,** | : | VIOLATIONS: 21 U.S.C.§841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 50 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cannabis); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about April 7, 2005, within the District of Columbia, **TYRONE LOFTEN**, did

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance

containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug

controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in
violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT TWO

On or about April 7, 2005, within the District of Columbia, **TYRONE LOFTEN**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Unlawful Possession with Intent to Distribute Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT THREE

On or about April 7, 2005, within the District of Columbia, **TYRONE LOFTEN**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One and Two of this Indictment which is incorporated herein, a firearm, that is, a Millenium 9mm semi-automatic pistol.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT FOUR

On or about April 7, 2005, within the District of Columbia, **TYRONE LOFTEN**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in United States District Court for the District of Columbia, Criminal Case No. 95-165, did unlawfully and knowingly receive and possess a firearm, that is, a Millenium 9mm semi-automatic pistol, and did

unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had

been possessed, shipped and transported in and affecting interstate and foreign commerce.

      (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.