CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC 20001
MAY 5, 2006

UNITED STATES OF AMERICA

V.                                                              Criminal No. 06-109

TYRONE LOFTEN

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE SET/RESET FOR:   ARRAIGNMENT*
DATE:                 MAY 17, 2006**
TIME:                 3:30 P.M.
JUDGE:                RICHARD ROBERTS
COURTROOM:   No. 9   - FOURTH Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

*Counsel should be prepared to report on the status of discovery, whether any FRE 404(b) notices have been sought or provided, whether any party will seek to use any prior convictions for impeachment under FRE 609, whether any pretrial motions are anticipated, how many witnesses each party expects to call, the anticipated length of trial, whether the electronic courtroom will be needed for trial, whether any offers for disposition are pending, and if deadlines for replies have been set. The government should be prepared to report on whether any superseding indictment is expected.

**The defendant is directed to report to the Pretrial Services Agency to be interviewed at least 24 hours before this proceeding.

NANCY MAYER-WHITTINGTON, Clerk

cc:
Chambers                    By: Linda L. Romero 202-354-3166
File                                        Deputy Clerk
Courtroom Clerk

Defendant at 229 54th St. N.E., Washington, D.C.
Pretrial Services
A.J. Kramer, Federal Public Defender