UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-109 (RWR)** |
| | : | |
| **v.** | : | |
| | : | |
| **TYRONE LOFTEN,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael T. Truscott at telephone number (202) 514-7533 and/or email address Michael.Truscott2@usdoj.gov.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Michael T. Truscott
New York Bar
Assistant United States Attorney
Federal Major Crimes
555 4th Street, NW, Room 4237
Washington, DC 20530
(202) 514-7533
Michael.Truscott2@usdoj.gov