### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 06-109 (RWR) |
| ) | |
| TYRONE LOFTON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### O R D E R

Upon consideration of Defendant Tyrone Lofton's Motion to Suppress Evidence Obtained in Violation of the Fourth and Fifth Amendments, the supporting memorandum of law, the government's response, and the entire record in this matter, it is this ____ day of _____, 2006, hereby

**ORDERED** that defendant Lofton's motion is granted;

**IT IS SO ORDERED.**

_____
The Honorable Richard W. Roberts
United States District Judge

Copies to:

David W. Bos, AFPD
625 Indiana Avenue, N.W. #550
Washington, D.C. 20004

Michael Truscott, AUSA
555 4th Street, N.W.
Washington, D.C. 20001