

4/7/2005    0950 hrs

I Tyrone Lofton have been advised of my rights and agree to talk to the police without my lawyer present. I reside at 229 54th St NE. The items recovered in the safe in the master bedroom are mine. The safe contained marijuana, crack cocaine, money and a 9mm pistol with a magazine and ammunition. Some of the drugs were



packed in small bags and some was in plastic bags. The drug packaging material and scale also belong to me, as well as the rubber gloves. The additional crack cocaine and marijuana found in the master bedroom dresser drawer also belongs to me. I am making this statement freely and am not under duress or in custody. All of the Above is true.



I am making this statement because all of the illegal items in the house belong to me. I do not want Monica to be charged with a crime that is my fault.

TYRONE LOFTEN

x *Tyrone Loften*   4-7-05

10:07 AM

ATF S/A THOMAS BARMONDE

*Thomas J Barmonde* #4006

U.S. Marshals Service, Supervisory Inspector

James Alandydy *[signature]* #5323