UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **Criminal No 06-CR-109(RWR)** |
| **TYRONE LOFTEN** | : | |

**NOTICE OF APPEARANCE**

Please enter undersigned counsel's appearance in the above-captioned case as retained counsel.

Respectfully submitted,


_____/s/_____
BERNARD S. GRIMM