UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal No 06-CR-109(RWR) |
| TYRONE LOFTEN : | |

**MOTION TO SUPPRESS PURSUANT TO RULE 41
OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

The defendant, Tyrone Loften, by and through counsel, respectfully moves this Court to suppress as evidence against him all items seized from 229 54th Street, N.E., Washington, D.C. on April 7, 2005 at 1515 hours.

As grounds for this motion, counsel would states the following:

1. On April 7, 2005, at about 3:30 p.m. members of the Metropolitan Police Department obtained a warrant for 229 54th Street, N.E. During the execution of that warrant the police allegedly recovered crack cocaine, mail, and a photograph. Mr. Loften is charged with various crimes resulting from this seizure.

WHEREFORE for the foregoing reasons and any other reasons deemed meritorious by the Court, counsel request that this Motion be GRANTED.

Respectfully submitted,

_____/s/_____
BERNARD S. GRIMM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Criminal No 06-CR-109(RWR) |
| TYRONE LOFTEN | : | |

## MEMORANDUM OF POINTS AND AUTHORITIES

According to Fed. R. Crim. Pro. 41 (e)(2):

"The warrant must identify the person or property to be searched, identify any person or property to be seized, and designate the magistrate judge to whom it must be returned."

Further pursuant to R. 41(e)(2)(C) states:

"Return the warrant to the magistrate judge designated in the warrant."

R. 41 Fed. R. Crim. Pro. (f)(B)(4) also states:

"The officer executing the warrant must promptly return it- together with a copy of the inventory-to the magistrate judge designated on the warrant.  The judge must, on request, give a copy of the inventory to the person from whom, or from whose premises, the property was taken and to the applicant for the warrant."

Attached to this motion is a copy of the return which indicates that it was filled out but the return was not properly executed pursuant to Fed. R. Crim. Pro. 41.  Additionally, it is evident from the face of the return that it was not signed by the Superior Court Judge who issued it pursuant to  Fed. R. Crim. Pro. 41(f)(4).  Consequently, Mr. Loften is asking that all evidence seized pursuant to the warrant executed on April 7, 2005 at 3:15 be suppressed as evidence against him.

3

      WHEREFORE for the foregoing reasons and any other reasons deemed meritorious by the Court, counsel request that this Motion be GRANTED.

                              Respectfully submitted,

                              _____/s/_____
                              BERNARD S. GRIMM