JMcL 20050298
4/7/05

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### SEARCH WARRANT

TO: __THE CHIEF OF POLICE OR ANY OTHER LAW ENFORCEMENT OFFICERS__
(Specific Law Enforcement Officer or Classification of Officer of the Metropolitan Police Department or other Authorized Agency)

Affidavit, herewith attached, having been made before me by __Officer Walter E. Gilmore III.__ Of The Major Narcotics Branch _____ that he has probable cause to believe that on the (person) (premises) (vehicle) (object) known as __229 54th St. N.E. Washington, D.C.__ As entirely described in the accompanying affidavit.

in the District of Columbia, there is now being concealed certain property, 1) Narcotics and narcotics paraphernalia. 2) Records and Papers relating to the possession or distribution of narcotis. 3) Records/papers relating to owership/occupancy. 4) Any papers relating to the accumulation of assets derived from narcotic trafficking. 5) U.S. Currency. 6) Firearms, ammunition, holsters, cleaning kits, and any records or papers to include photographs relating to the possession of firearms, or firearms related materials.

which is __In violation of D.C. Code 48 SECTION 904.1__ and as I am satisfied
(Alleged grounds for seizure)

that there is probable cause to believe that the property so described is being concealed on the above designated (person) (premises) (vehicle) (object) and that the foregoing grounds for issuance of the warrant exist.

YOU ARE HEREBY AUTHORIZED within 10 days of the date of issuance of this warrant to search in the daytime/at any time of the day or night, the designated (person) (premises) (vehicle) (object) for the property specified and if the property be found there.

YOU ARE COMMANDED TO SEIZE IT, TO WRITE AND SUBSCRIBE an inventory of the property seized, to leave a copy of this warrant and return to file, a further copy of this warrant and return with the Court on the next Court day after its execution.

Issued this __07__ day of __April__, 20 __05__   __Bruce D. Beaudin__
Judge, Superior Court of the District of Columbia

Extagra 1910

### RETURN

I received the above detailed warrant on __April 07__, 20 __05__ and have executed it as follows:
On __April 07__, 20 __05__, at __1515 hours__ M., I searched the (person) (premises) (vehicles) (object) described in the warrant and I left a copy of the warrant and return with __Salamone (MPD), Perkins (MPD), Daniel (MPD), OBrain/USMS, Hoffmaster (USMS)__ properly posted.
(Name of person searched or owner, occupant, custodian or person present at place of search)

The following is an inventory of the property taken pursuant to this warrant:
Narcotics (Crack/Cocaine), Mail matter, photo ID, Five hundred seventy five US. Currency, Seventy one Dollars U.S. Currency

This inventory was made in the presence of __on The Dining Room Table__

I swear that this is a true and detailed account of all property taken by me under this warrant.

Executing Officer

Subscribed and sworn to before me this ____ day of _____, 20 ____

DEFENDANT'S EXHIBIT A

Judge, Superior Court of the District of Columbia

Form CD(17)-1055/Mar. 89