UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Criminal No 06-CR-109(RWR)** |
| **TYRONE LOFTEN** : | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Suppress Pursuant to Rule 41 of the Federal Rules of Criminal Procedure; it is hereby

ORDERED this ____ day of _____, 2006 that defendant's motion is GRANTED; it is further

ORDERED that all evidence seized in the above-captioned case is suppressed.

_____
THE HONORABLE RICHARD W. ROBERTS
JUDGE, U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Cc:   Bernard S. Grimm, Esq.

Perham Gorji, Esq.
Assistant United States Attorney

4