UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Criminal No. 06-CR-109(RWR) |
| **TYRONE LOFTEN** : | |

## STATUS REPORT

    Mr. Loften, through counsel, respectfully declines the Court's offer to reopen the motions hearing in this case.

Respectfully submitted,

_____/s/_____
BERNARD S. GRIMM