UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-109** |
| | : | |
| v. | : | |
| | : | |
| **TYRONE LOFTEN,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael T. Truscott, at telephone number (202) 514-7533, and/or email address Michael.Truscott@usdoj.gov. Assistant United States Attorney Michael T. Truscott will substitute for Assistant United States Attorney Perham Gorji as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____

Michael T. Truscott
New York Bar
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, NW, Room 4237
Washington, DC 20530
(202) 514-7533