UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-109 (RWR) |
| : | |
| TYRONE LOFTEN : | |
| : | |
| **Defendant.** : | |
| : | |

**ORDER**

UPON CONSIDERATION of Defendant's Supplemental Motion to Suppress Physical Evidence and Memorandum of Points and Authorities; it is hereby

ORDERED this _____ day of _____, 2006 that defendant's motion is GRANTED; it is further

ORDERED that all the physical evidence and statements in the above-captioned case are suppressed.

                                                                                  _____
                                                                                  THE HONORABLE RICHARD W. ROBERTS
                                                                                  JUDGE, UNITED STATES DISTRICT COURT
                                                                                  FOR THE DISTRICT OF COLUMBIA

Cc:   Bernard S. Grimm, Esq.
        503 D Street, N.W.
        Suite 250
        Washington, D.C. 20001

        Michael Truscott, Esq.
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530