UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **06-109 (RWR)** |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. § 371 |
| | : | (Conspiracy to Commit Possession With |
| **TYRONE LOFTEN,** | : | Intent to Distribute Cocaine Base) |
| **Defendant.** | : | |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about April 2, 2005, within the District of Columbia and elsewhere, **TYRONE LOFTEN**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance and the said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 371.

(**Conspiracy to Commit Possession With Intent to Distribute Cocaine Base**, in violation of Title 18, United States Code, Section 371)

### OVERT ACTS

In furtherance of this conspiracy, the defendant and other co-conspirators, known and unknown, committed overt acts, including but not limited to the following:

1. On or about April 2, 2005, in the District of Columbia, **TYRONE LOFTEN**, along with co-conspirators not charged herein, possessed with the intent to distribute approximately 200 grams of cocaine base.

        JEFFREY A. TAYLOR
        Attorney of the United States in
        and for the District of Columbia
        Bar No. 498-610

BY: _____
        MICHAEL TRUSCOTT
        Assistant United States Attorney
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4237
        Washington, D.C. 20530
        (202) 514-7533