AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court



──────────── DISTRICT OF ────────────

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

FILED
FEB 2 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: CR: 06-109

I, _Tyrone Lofton_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _Feb 2, 2007_ prosecution by indictment and consent that the
                         Date
proceeding may be by information rather than by indictment.

_X Tyrone Lofton_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
          Judicial Officer